1 KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
2 ggilchrist@kilpatricktownsend.com
RYAN T. BRICKER (State Bar No. 269100)
3 rbricker@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
4 San Francisco, CA 94111
Telephone: 415 576 0200
5 Facsimile: 415 576 0300

6 Attorneys for Defendants
RODAN + FIELDS, LLC and MOLLY SIMS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PETUNIA PRODUCTS, INC. doing business as BILLION DOLLAR BROWS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RODAN & FIELDS, LLC, a Delaware limited liability company; MOLLY SIMS, an individual, and DOES 1 through 20,<br><br>Defendants. | Civil Action No. 8:21-cv-00630-CJC-ADS<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT MOLLY SIMS TO DISMISS REMAINING CLAIMS**<br><br>Complaint Filed: April 5, 2021<br><br>Hearing Date: August 16, 2021<br>Time: 1:30 P.M.<br>Location: Courtroom 9B<br>Judge: Hon. Cormac J. Carney |

Please take notice that at 1:30 pm on August 16, 2021, or as soon thereafter as the motion may be heard, Defendant Molly Sims will move, and hereby moves, for an order dismissing all remaining claims against her, including the First, Second, Fourth, Seventh and Eighth claims. The motion will be heard by the Honorable Cormac J. Carney, United States District Judge for the Central District of California at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, CA, 92701-4516. This motion is made



following the conference of counsel pursuant to L.R. 7-3 which took place at various times, culminating on July 9, 2021.

This motion is based on this Notice and Motion, and the accompanying Memorandum of Points and Authorities In Support of Defendant Molly Sims' Motion to Dismiss All Remaining Claims; Declaration of Gregory S. Gilchrist In Support of Motion to Dismiss and Request for Judicial Notice; Request For Judicial Notice and Exhibit A thereto; Proposed Order Granting Motion To Dismiss, any Opposition and Reply briefs or materials that are filed, and any oral arguments. The motion is based on Fed. R. Civ. P. 12(b)(6) and asserts, for the reasons detailed in the memorandum of points and authorities, that there are insufficient allegations to support claims of trademark infringement, contributory trademark infringement, or any of the other derivative claims asserted against Ms. Sims.

DATED: July 16, 2021

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Gregory S. Gilchrist*
GREGORY S. GILCHRIST

Attorneys for Defendants
RODAN + FIELDS, LLC and MOLLY SIMS

74968558v.1

