JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PETUNIA PRODUCTS, INC. doing business as BILLION DOLLAR BROWS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RODAN & FIELDS, LLC, a Delaware limited liability company; MOLLY SIMS, an individual; and DOES 1 through 20,<br><br>Defendants. | Case No. 8:21-cv-00630-CJC-ADS<br><br>Assigned to:<br>Honorable Judge Cormac J. Carney<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having read the stipulation of the parties dismissing this action against Defendants RODAN & FIELDS, LLC and MOLLY SIMS with prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED the action against Defendants RODAN & FIELDS, LLC and MOLLY SIMS be, and is, hereby dismissed in its entirety with prejudice.

///

1  Each party is to bear their own attorneys' fees and costs.

Date: July 28, 2022

_____
Cormac J. Carney, District Court Judge